**Randy DRENNAN and Patricia Ferguson, Plaintiffs/Appellants,**

v.

**FARMERS BANK, INC., Defendant/Respondent.**

**No. ED 80850.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 18, 2003.

Motions for Rehearing and/or Transfer to Supreme Court Denied July 3, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Randy Drennen, Patricia Ferguson, Imperial, pro se.

Albert W. Dieffenbach Jr., Nicole Harris, Wegmann, Gasaway, Stewart, I Dieffenbach Law Firm, Hillsboro, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Patricia Ferguson (Appellant) appeals from the trial court's judgment dismissing with prejudice all claims asserted in her first amended petition, as barred by the statute of limitations. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err nor abuse its discretion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).